
ORIGINAL

**FILED**

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0006

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0006

FILED

MAY 2 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

MARCIA FOWLER,

    Plaintiff and Appellee,

v.

VINCENT J. COX,

    Defendant and Appellant.

**O R D E R**

Representing herself, Appellee Marcia Fowler moves this Court to dismiss this appeal. Self-represented Appellant Vincent J. Cox has not filed a response.

Fowler indicates that Cox is not in compliance with this Court's rules. She states that he did not comply with M. R. App. P. 7 because he did not participate in mediation. She further states that he failed to file a timely opening brief, pursuant to M. R. App. P. 13(1). Fowler adds that Cox sought an appeal "to delay the collection of the [Judgment]."

This Court observes that the Clerk of the Supreme Court appointed a mediator on February 17, 2023. The office of the Clerk received the District Court record on March 1, 2023. Since then, Fowler's attorney filed his notice of withdrawal along with Fowler's consent on April 27, 2023.

We conclude that dismissal of this appeal is appropriate. M. R. App. P. 13(3). Cox should have filed his appeal on or before Friday, March 31, 2023. He has not done so or sought any extension of time. Therefore,

IT IS ORDERED that Fowler's Motion to Dismiss Appeal is GRANTED and that this appeal is DISMISSED with prejudice.

IT IS FURTHER ORDERED that this appeal is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to appointed mediator, Brian J. Bulger; to Marcia Fowler; and to Vincent J. Cox.

DATED this 23rd day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2